SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff Tony Martinez

JOSEPH EHRLICH, SBN 84359
LOSCH & ERLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 956.8400
Fax: (415) 956-2150

Attorney for Defendant E. Bidwell & Glenn, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV. S-06-02603-GEB-KJM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| THRIFTY PAYLESS, INC. dba RITE AID #6071; E. BIDWELL & GLENN, LLC, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant E. BIDWELL & GLENN, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant E. BIDWELL & GLENN, LLC *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant E. BIDWELL & GLENN, LLC.

Dated: January 17, 2008          DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 17, 2008          LOSCH & ERLICH


 /s/ Joseph Erlich
JOSEPH ERLICH
Attorney for Defendant E. Bidwell & Glenn, LLC


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02603-GEB-KJM, is hereby dismissed with prejudice **as to defendant E. BIDWELL & GLENN, LLC only.**

Dated: January 22, 2008

GARLAND E. BURRELL, JR.
United States District Judge